23-10331-H



Amber Robinson
Robinson Law Office PLLC
695 CENTRAL AVE STE 264
ST PETERSBURG, FL 33701

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 03, 2023

Amber Robinson
Robinson Law Office PLLC
695 CENTRAL AVE STE 264
ST PETERSBURG, FL 33701

Ralph Strzalkowski
Florida Rights Law Firm
320 SE 3RD ST A17
GAINESVILLE, FL 32601

Appeal Number: 23-10331-H
Case Style: Thomas Nestor v. Jack Day
District Court Docket No: 8:20-cv-00265-CEH-TGW

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

According to our records, you are not a member of the Eleventh Circuit bar. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act, or otherwise appointed by this Court, 11th Cir. R. 46-1 requires admission to the Eleventh Circuit bar as a condition to practice before the Court. In the alternative, a non-appointed attorney representing a client on a pro bono basis may be eligible to apply to appear pro hac vice in a particular proceeding. See 11th Cir. R. 46-4.

In order to participate in this appeal, you must complete and submit an application for admission to the bar or application to appear pro hac vice within 21 days from the date of this letter. Application forms are available at www.ca11.uscourts.gov/attorney-forms-and-information. If your application is not received within 21 days, any motions or other papers that have been conditionally filed in the appeal may be clerically stricken and treated as though they were never filed.

Clerk's Office Phone Numbers
General Information                    404-335-6100

| | |
|---|---|
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

EL/ATTY-1 Appearance form bar admission

**UNITED STATES COURT OF APPEALS**
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLEARED DATE
FEB 23 2023
U.S. Marshals Service
Atlanta GA 30303

ATLANTA METRO GA
6 FEB 2023 PM 8

CLEARED DATE
FEB 23 2023
U.S. Marshals Service
Atlanta, GA 30303



US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.60
02 4W
0000368939 FEB 06 2023

339 NFE 1    AZ1I0002/19/23
FORWARD TIME EXP   RTN TO SEND
ROBINSON LAW OFFICE PLLC
360 CENTRAL AVE STE 800
ST PETERSBURG FL 33701-3984

RETURN TO SENDER