## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

THOMAS NESTOR
    Plaintiff,
v.

VPC3 II, LLP, N. E. APARTMENTS
ASSOCIATES, INC. and
    JUDGE
JACK DAY, in his official capacity,

Case No. 23-10331

### NOTICE REGARDING PRO SE LITIGANT
### THOMAS NESTOR

Appellant Thomas Nestor's former counsel, Ralph Strzalkowski and Amber Robinson of Florida Rights Law Firm, file this Notice, stating as follows:

1. Appellant Thomas Nestor is proceeding with this appeal pro se.

2. Counsel Strzalkowski and Robinson's representation of Mr. Nestor terminated with the conclusion of the underlying case in the Middle District Court of Florida.

3. Counsel filed Mr. Nestor's Notice of Appeal, stating that he was pro se.

4. Counsel has not filed a Notice of Appearance in this matter, nor will they identify themselves as Counsel of Record in this appeal on a Certificate of Interested Persons.

5. Mr. Nestor will file his Certificate of Interested Persons and all other proceedings in the appeal.

Respectfully submitted,

FLORIDA RIGHTS LAW FIRM
/s/AMBER ROBINSON
AMBER C. ROBINSON, ESQ.
Florida Bar No. 107215
/s/ RALPH STRZALKOWSKI
RALPH STRZALKOWSKI, ESQ.
Florida Bar No. 89248
FLORIDA RIGHTS LAW FIRM
360 Central Avenue, Suite 800
St. Petersburg, Florida 33701
Telephone:(813) 613-2400
Facsimile: (727) 362-1979
Email: arobinson@arobinsonlawfirm.com
  rs@lawyeronwheels.org
Former Counsel for Plaintiff Thomas Nestor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by email., and to the pro se Appellant, Thomas Nestor by mail and email.

Thomas Nestor, pro se

/s Ralph Strzalkowski

_____
2

Former Counsel for Plaintiff Thomas Nestor