## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

June 08, 2023

Thomas J. Nestor
500 45TH AVE NE
ST PETERSBURG, FL 33703

Appeal Number: 23-10331-HH
Case Style: Thomas Nestor v. Jack Day, et al
District Court Docket No: 8:20-cv-00265-CEH-TGW

The appellant brief is deficient because four paper copies have not been filed. Please file four paper copies within fourteen days from this date. Do not amend the original certificate of service date.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8A Pro Se brief deficiency ltr